# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DAVILA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BJ'S RESTAURANTS, INC., a California Corporation,,<br><br>Defendant. | Case No.:  3:22-cv-01615-H-MSB<br><br>**ORDER GRANTING JOINT MOTION FOR VOLUNTARY DISMISSAL**<br><br>[Doc. No. 12.] |

On March 17, 2023, the parties filed a joint motion for voluntary dismissal of the entire action with prejudice.  (Doc. No. 12.)  Good cause appearing, the Court grants the joint motion and dismisses the action with prejudice.  As stipulated, each party will bear its own attorney's fees and costs.  (Id.)  The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED:  March 23, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT